**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 09-2290**

_____

OZIE M. WARE,

             Plaintiff – Appellant,

      v.

RODNEY PRUITT; JUDGE FLYNN,

             Defendants – Appellees,

      and

J. E. PATSOURAKOS, Officer; OFFICER GRIFFIN,

             Defendants.

_____

Appeal from the United States District Court for the District of
South Carolina, at Aiken.   Margaret B. Seymour, District Judge.
(1:09-cv-02360-MBS-JRM)

_____

Submitted:  March 16, 2010          Decided:  March 19, 2010

_____

Before NIEMEYER, MOTZ, and DAVIS, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Ozie M. Ware, Appellant Pro Se.  Evan Markus Gessner, LIDE &
PAULEY, LLC, Lexington, South Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ozie M. Ware seeks to appeal the district court order dismissing his claims against two of the four Defendants named in his law suit. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order Ware seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED